IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LISA K. PAZOUR,

    Plaintiff,

  v.

Case No. 16-cv-20-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Lisa K. Pazour against Nancy A. Berryhill, Acting Commissioner of Social Security, reversing the decision of the Commissioner and remanding to calculate and award benefits.

| s/ K. Frederickson, Deputy Clerk | February 20, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |